IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JANER EDUARDO ENCIZO MUEPAS,       )
                                   )
            Petitioner,          )
                                   )
    v.                             )          CV 322-050
                                   )
STACEY N. STONE, Warden,           )
                                   )
            Respondent.          )

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 OCT -5 P 2: 33

CLERK _____
SO. DIST. OF GA.

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.  (Doc. no. 13.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Respondent's motion to dismiss, (doc. no. 8), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this 5th day of October, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE