AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JANER EDUARDO ENCIZO MUEPAS,

Petitioner,

v.

STACEY N. STONE, WARDEN

Respondent,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV322-50

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 5, 2022, the Report and Recommendation is adopted as the opinion of the Court. The Respondent's motion to dismiss is granted, dismissing Petitioner's 28 U.S.C. § 2241 petition without prejudice. This action stands closed.



October 5, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020